IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

CORRPRO COMPANIES, INC.,          *
an Ohio Corporation
                                  *
          Plaintiff,
                                  *
vs.
                                  *          CASE NO. 3:03-CV-31 (CDL)
CRAIG K. MEIER, DEBORAH L.
MEIER, and CORROSION CONTROL,     *
INC., d/b/a CCI, a Georgia
Corporation,                      *

          Defendants.             *


O R D E R

     On August 10, 2007, this Court issued an Order granting Defendants' Motion for Partial Summary Judgment as to Plaintiff's trademark claims.  In footnote three, page six, of that Order the Court explained that it was addressing both Plaintiff's federal trademark claims and Plaintiff's state trademark claims.  The Court then stated that, consequently, "both Counts VII and XII" were discussed in that section.  This statement included a typographical error.  The Court was actually discussing, and ruling upon, Counts VIII and XII.  For clarity's sake, this Order amends the scrivener's error in footnote three of the August 10, 2007 Order to read "Counts VIII and XII."

     IT IS SO ORDERED, this 30th day of August, 2007.


                              S/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE